UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

HAROLD CORDOVA,

                Petitioner,

v.

ISIDRO BACA, *et al.*,

                Respondents.

Case No. 3:19-cv-00388-MMD-CBC

ORDER

    Petitioner has paid the filing fee. Currently before the Court are his petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and a motion for appointment of counsel.

    Petitioner is financially eligible for appointment of counsel under 18 U.S.C. § 3006A. The Court finds that appointment of counsel is in the interests of justice given Petitioner's lengthy prison sentence in the aggregate and the complexity of his claims.

    It is therefore ordered that the Clerk file the petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and the motion for appointment of counsel

    It is further ordered that the motion for appointment of counsel is granted.

    It is further ordered that the Federal Public Defender is appointed provisionally a counsel. The Federal Public Defender will have 30 days from the date of entry of this order either to undertake representation of Petitioner or to indicate to the Court the office's inability to represent Petitioner. If the Federal Public Defender is unable to represent Petitioner, then the Court will appoint alternate counsel, subject again to establishment of financial eligibility. The Court will set a deadline for filing of an amended petition or a motion seeking other relief after counsel has appeared. The Court anticipates setting the deadline for 90 days from entry of the formal order of appointment. The Court does not signify any implied finding of tolling during any time period established or any extension granted.

Petitioner always remains responsible for calculating the limitation period of 28 U.S.C. § 2244(d)(1) and timely presenting claims. The Court makes no representation that the petition, any amendments to the petition, and any claims in the petition or amendments are not subject to dismissal as untimely. *See Sossa v. Diaz*, 729 F.3d 1225, 1235 (9th Cir. 2013).

It is further ordered that the Clerk add Aaron Ford, Attorney General for the State of Nevada, as counsel for Respondents.

It is further ordered that the clerk electronically serve both the Attorney General of the State of Nevada and the Federal Public Defender a copy of the petition and a copy of this order.

It is further ordered that Respondents' counsel must enter a notice of appearance within 21 days of entry of this order, but no further response will be required from Respondents until further order of the court.

It is further ordered that the Clerk provide copies of all prior filings to both the Attorney General and the Federal Public Defender in a manner consistent with the Clerk's current practice, such as regeneration of notices of electronic filing.

DATED THIS 15th day of August 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE