UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

HAROLD CORDOVA,

                      Petitioner,

    v.

ISIDRO BACA, *et al.*,

                      Respondents.

Case No. 3:19-cv-00388-MMD-CLB

ORDER

Petitioner has filed an unopposed motion for extension of time (first request) ("Motion") (ECF No. 11). Good cause appearing, it is ordered that the Motion is granted. Petitioner will have up to and including February 13, 2020, to file an amended petition.

DATED THIS 15th day of November 2019.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE