UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| HAROLD CORDOVA, | Case No. 3:19-cv-00388-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for extension of time (first request) (ECF No. 21).[1] The Court finds good cause exists to grant the motion.

It is therefore ordered that Respondents' motion for extension of time (ECF No. 21) is granted. Respondents will have up to and including May 13, 2020, to file and serve their response to the amended petition (ECF No. 13).

DATED THIS 7th day of April 2020.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The corrected image of this document is at ECF No. 22.