UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HAROLD CORDOVA,<br><br>　　　　　　Petitioner,<br>　　v.<br><br>ISIDRO BACA, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:19-cv-00388-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (second request) (ECF No. 24). The Court finds good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (second request) (ECF No. 24) is granted. Respondents will have up to and including June 15, 2020, to file and serve their response to the Amended Petition (ECF No. 13).

DATED THIS 13th day of May 2020

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE