UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HAROLD CORDOVA,<br><br>　　　　　　Petitioner,<br>　　v.<br>ISIDRO BACA, *et al.*,<br>　　　　　　Respondents. | Case No. 3:19-cv-00388-MMD-CLB<br><br>ORDER |

　　　　Petitioner has filed an unopposed motion for enlargement of time (first request) (ECF No. 33). The Court finds good cause to grant the motion.

　　　　It is therefore ordered that the motion for enlargement of time (ECF No. 33) is granted. Petitioner will have up to and including July 29, 2020, to file and serve his opposition to Respondents' motion to dismiss (ECF No. 26).

　　　　DATED THIS 30th day of June 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE