UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| HAROLD CORDOVA, | Case No. 3:19-cv-00388-MMD-CLB |
|---|---|
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

Respondents have filed an unopposed motion for enlargement of time (first request). (ECF No. 43.) The Court finds that good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (ECF No. 43) is granted. Respondents will have up to, and including June 21, 2021, to file an answer to the amended petition (ECF No. 13).

DATED THIS 21st Day of May 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE