UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HAROLD CORDOVA,<br><br>　　　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, *et al.*,<br>　　　　　　　　Respondents. | Case No. 3:19-cv-00388-MMD-CLB<br><br>ORDER |

Respondents have filed an unopposed motion for enlargement of time (third request). (ECF No. 47.) The Court finds that good cause exists to grant the motion.

It is therefore ordered that Respondents' unopposed motion for enlargement of time (ECF No. 47) is granted. Respondents will have up to and including August 19, 2021, to file an answer to the amended petition (ECF No. 13).

DATED THIS 12th Day of August 2021.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE