UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HAROLD CORDOVA,<br><br>　　　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, *et al.*,<br>　　　　　　　　Respondents. | Case No. 3:19-cv-00388-MMD-CLB<br><br>ORDER |

Petitioner Harold Cordova has filed an unopposed motion for extension of time (first request). (ECF No. 53.) The Court finds that good cause exists to grant the motion.

It is therefore ordered that Cordova's unopposed motion for extension of time (ECF No. 53) is granted. Cordova will have up to and including November 19, 2021, to file a reply in support of his amended petition (ECF No. 13).

DATED THIS 21st Day of September 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE