UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HAROLD CORDOVA,<br><br>                Petitioner,<br>     v.<br>ISIDRO BACA, *et al.*,<br><br>                Respondents. | Case No. 3:19-cv-00388-MMD-CLB<br><br>ORDER |

This is a habeas corpus matter under 28 U.S.C. § 2254. Respondents filed two motions for leave to file exhibit under seal. (ECF Nos. 51, 55.) The exhibits in question are a psychiatric evaluation and a pre-sentence investigation report, both of which contain confidential information. The Court finds that compelling reasons exist to grant the motion and seal these exhibits. *See Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006).

Petitioner Harold Cordova has filed an unopposed motion for extension of time (second request). (ECF No. 57.) The Court finds good cause exists to grant the motion.

It is therefore ordered that Respondents' motions for leave to file exhibits under seal (ECF Nos. 51, 55) are granted.

It is further ordered that Petitioner's unopposed motion for extension of time (ECF No. 57) is granted. Petitioner will have up to and including January 3, 2022, to file a reply to the answer (ECF No. 49).

DATED THIS 19th Day of November 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE