UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

HAROLD CORDOVA,

                    Petitioner,

   v.

ISIDRO BACA, *et al.*,

                   Respondents.

Case No. 3:19-cv-00388-MMD-CLB

ORDER

Petitioner Harold Cordova has filed an unopposed motion for extension of time (third request). (ECF No. 59). The Court finds that good cause exists to grant the motion.

It is therefore ordered that Cordova's unopposed motion for extension of time (ECF No. 59) is granted. Cordova will have up to and including February 2, 2022, to file a reply in support of his amended petition (ECF No. 13).

DATED THIS 5th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE